**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-426-JCM (PAL) |
| | ) 2:10-CR-003-JCM (PAL) |
| DAVID RAY NEWMAN, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DAVID RAY NEWMAN a criminal forfeiture money judgment in the amount of $1,152.00 in United States Currency and a criminal forfeiture money judgment in the amount of $3,950.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED December 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on December 19, 2011, by the below identified method of service:

<u>Electronic Filing</u>

Rene Valladares
Monique Kirtley
Jason F. Carr
Michael K. Powell
Michael Kennedy
411 E. Bonneville Road, Suite 250
Las Vegas, NV 89101
*Counsel for David Ray Newman and Christopher Biggers*

<u>U.S. Mail:</u>

C. Stanley Hunterton
333 South Sixth Street
Las Vegas, NV 89101
*Counsel for Christopher Biggers*

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Paralegal