RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DANIEL C. COE
Assistant Federal Public Defender
Nevada State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
dan_coe@fd.org

Attorney for DAVID RAY NEWMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-003-JCM-PAL |
| Plaintiff, | **STIPULATION TO EXTEND REPLY DATE** |
| v. | (First Request) |
| DAVID RAY NEWMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Daniel C. Coe Assistant Federal Public Defender, counsel for David Ray Newman; that the Reply deadline, currently due on January 9, 2017: to Government's Response in Opposition (ECF#157) filed on January 2, 2017, to Motion for Early Termination of Supervision (ECF#156) filed on December 19, 2016: be extend by one week to and including January 17, 2017.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review and investigate the financial records concerning the number and amount of payments previously made by the defendant.

2. The parties agree to the extension of the reply deadline.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for extension could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 6 day of January 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Daniel C. Coe*<br>By_____<br>DANIEL C. COE<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID RAY NEWMAN,<br><br>          Defendant. | Case No. 2:10-cr-003-JCM-PAL<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Reply to Government's Response in Opposition (ECF#157) to Motion for Early Termination of Supervision (ECF#156) by extend by one week to and including January 17, 2017.

DATED January 6, 2017.

_____
UNITED STATES DISTRICT JUDGE

3