# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00003-JCM-(PAL) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| DAVID RAY NEWMAN, | |
| Defendant. | |

This Court found that David Ray Newman shall pay in personam criminal forfeiture money judgments of $1,152 and $3,950 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 13; Change of Plea, ECF No. 34; Plea Memorandum, ECF No. 35; Order of Forfeiture, ECF No. 122.

On February 3, 2017, the United States filed an Unopposed Motion to Substitute and to Forfeit Property (ECF No. 164) to be used towards Newman's outstanding criminal forfeiture money judgments. On February 8, 2017, this Court entered the Substitution and Forfeiture Order (ECF No. 165) authorizing the substitution and forfeiture of an $851.18 overpayment to the United States Courts pursuant to Title 21, United States Code, Section 853(p).

On February 17, 2017, the United States Marshals Service seized, arrested, and took into custody $851.18. Notice of Filing Take into Custody, ECF No. 170.

///

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 8, 2017, through April 6, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 171.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America: $851.18 (property); and

that the United States recover from Newman the in personam criminal forfeiture money judgments of $1,152 and $3,950, and that the property will be applied toward the payment of the money judgments; and

the forfeiture of the money judgments and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p); that the money judgments shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED June 26. 2017.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on June 23, 2017.

*/s/ Michelle C. Lewis*
MICHELLE C. LEWIS
Paralegal Specialist